IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PAMELA DALY | § § | |
| v. | § § | Case No. 2:11-CV-001-JRG-RSP |
| STANDARD INSURANCE CO. | § § | |

## JUDGMENT

This matter comes before the Court through the Report and Recommendation of the Magistrate Judge filed herein on March 4, 2014 (Dkt. No. 53). Plaintiff filed her Objections to the Report and Recommendation on March 13, 2014 (Dkt. No. 54). Having conducted a thorough review of the record, the Court hereby adopts the findings and recommendations of the Magistrate Judge. Accordingly,

IT IS ORDERED AND ADJUDGED that Plaintiff's claims be dismissed with prejudice.

So Ordered and Signed on this

**Mar 17, 2014**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE